Argued and submitted November 23, 1992, reversed and remanded for reconsideration October 6, 1993

In the Matter of the Compensation of
Debra C. Layng, Claimant.
Debra C. LAYNG,
*Petitioner,*

*v.*

EDGEWOOD NURSING HOME,
*Respondent.*

(WCB 90-17162; CA A75022)

861 P2d 364

Edward J. Harri, Eugene, argued the cause for petitioner. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll, Eugene.

Darren Lee Otto, Portland, argued the cause for respondent. With him on the brief was Scheminske & Lyons, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Meyers v. Darigold, Inc.*, 123 Or App 217, 861 P2d 352 (1993).